LULA FORD, ADMINISTRATRIX (ESTATE OF RODNEY
CAMPBELL) *v.* KUNJATHAN THANKAPPEN ET AL.
(9752)

FOTI, LANDAU and FREEDMAN, Js.

Argued April 28—decision released May 19, 1992

*Bruce W. Diamond,* with whom were *Richard M. Marano* and, on the brief, *Richard D. Casella,* for the appellant (plaintiff).

*Thomas L. Brayton,* with whom, on the brief, was *Thomas L. Brayton III,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.